ANTHONY CALANDRA *v.* ZONING COMMISSION OF THE
CITY OF BRIDGEPORT

The petition by the named defendant and the intervening defendants Robert E. Middlemass et al. for certification for appeal from the Court of Common Pleas in Fairfield County is granted.

*L. Scott Melville* and *J. Roger Shull,* in support of the petition.

*Melvin J. Silverman,* in opposition.

Submitted June 23—decided July 6, 1977

HARTFORD NATIONAL BANK AND TRUST COMPANY,
EXECUTOR *v.* W. KENNETH WILLARD ET AL.

The defendants' "Motion for Review" dated July 5, 1977, in the appeal from the Superior Court in Hartford County is denied.

*John B. Willard,* in support of the motion.

Submitted July 5—decided July 20, 1977

LOUIS LOTSTEIN ET AL. *v.* ZONING BOARD OF APPEALS
OF THE CITY OF STAMFORD ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*David M. Cohen,* in support of the petition.
*Frank H. D'Andrea, Jr.,* in opposition.